**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6513**

———————

GARY L. CAMP,

                                    Petitioner - Appellant,

        versus

L. SAUNDERS, Warden,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-96-531-R)

———————

Submitted:  June 30, 1998          Decided:  July 21, 1998

———————

Before ERVIN and WILLIAMS, Circuit Judges, and HALL, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Gary L. Camp, Appellant Pro Se.  Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Camp seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny in forma pauperis status, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Camp v. Saunders, No. CA-96-531-R (W.D. Va. June 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2